# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## COMPLAINT FORM

FILED AUG 1 2022 PM 2:04
USDC-CT-HARTFORD

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Wilfred Jr. Rivera

v.

Equifax

Case No. 3:22cv972 MPS
(To be supplied by the Court)

Full names of Defendant(s)
(Do not use *et al.*)

## A. PARTIES

1. Wilfred Jr. Rivera (Plaintiff) is a citizen of Connecticut (State) who presently resides at 569 Zion St apt A (mailing address).

2. Defendant EQUIFAX (name of first defendant) is a citizen of Georgia (State) whose address is P.O box 740256, Atlanta GA.

3. Defendant _____ is a citizen of _____
      (name of second defendant)                                        (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION
The jurisdiction of this court is invoked pursuant to: (list statute(s))

Hartford County of Connecticut

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

Equifax is an elaborate mechanism that has assumed its role to report on behalf of I, the consumer and original creditor under 15 USC 1602 and 15 USC 1681 2. Under 15 USC 1681 4 Equifax has to exercise their Grave Duties to report with respect to the consumers right to privacy. Equifax shall operate solely in respect to the F.C.R.A. Notice it is a fact, Equifax has not only violated law against the requirements under the FCRA, but against me the consumer and original creditor. Equifax is liable for damages under Federal Law.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Equifax has willingly violated me under Federal Law on multiple occassions and has failed to respond to my Notice Of Fault Affidavit Of Truth

Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

Equifax has violated me under 15 USC 1681 b - I did not give them written consent
Equifax has violated me under 15 USC 1681ea - I did not provide written consent
Equifax has violated me under 15 USC 1681a2B - Equifax is in fact reporting transactional or experiences with the consumer and the person making the report.
Equifax has violated me under 15 USC 1681i - they did not meet F.C.R.A requirements for alleged verified information
Equifax has violated me under 15 USC 1681 eb - they did not follow reasonable procedures to assure maximum accuracy

**Claim II:** Equifax has committed fraudulent and deceptive actions against me including Identity theft.

Supporting Facts:

Equifax has violated me under 15 USC 1681 - for providing false and misleading reporting

Equifax has violated me under 15 USC 1602p - reporting on my behalf the original creditor without my consent to where I receive no benefit

Equifax has violated me under 15 USC 1681 aq 3 aswell Reg V - 12 CFR 1022.3 - using my identifying information without my written consent.

Equifax has violated me under 15 USC 1644 - fraudulently using my credit card (social) to furnish a report without the original creditors consent.

Please see all attachments
Thank You.

### E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

$50,000 payable to the addressed address by cashiers check for damages and neglegence

(PO box 260272 Hartford CT 06126)

### F. JURY DEMAND

Do you wish to have a jury trial?  Yes    (No)

_____     _____
Original signature of attorney (if any)    **Plaintiff's Original Signature**

_____     Printed Name
Printed Name
                                    Wilfred-Jr. Rivera

( )                                 (860) 983-8475  569 Zion St Apt A 06106
Attorney's full address and telephone    Plaintiff's full address and telephone

                                    will.abundance@yahoo.come
Email address if available          Email address if available


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  Hartford County          on  07/29/22                .
             (location)                   (date)

                                    _____
                                    **Plaintiff's Original Signature**

(Rev.3/29/16)

5