From: Wilfred Rivera Jr

P.o box 260222 Hartford CT, 06126

To: EQUIFAX

P.o box 740256 Atlanta GA 30374-0256

# Affidvit Of Truth

# NOTICE OF DEFUALT

Notice to all, i am that i am, the Federal protected consumer in fact, natural person, original creitor, lender, executor, administrator, holder in due course for any and all derivatives thereof for the surname/given name Wilfred Rivera Jr in accordance with 15 U.S.Code §1692a(3).  and i have been appointed and accept being the executer both public and private for all matters proceeding, and i hereby claim that i will d/b/a Wilfred Rivera Jr and autograph as the agent, attorney in fact, so be it. Notice, it is a fact, pursuant to 15 U.S.Code § 1692a(4), the term creditor means any person who extends credit creating the debt. I extended the credit which makes me the original creditor in fact.

Notice, it is a fact, affiant is aware, he is a consumer, a natural person who seeks or acquires goods or services for personal, family, or household use only in accordance with the federal regulation 16 CFR 433.1(b).

Whereas, I of age of majority, give this herein notice to all,I make solemn oath to the one and only most high of creation only, whoever that may be, and I depose the fallowing facts so be it, now present:

NOtice it is a fact, affiant is aware and has reason to believe and does so believe EQUIFAX is in

Federal Violations against I the consumer and original creditor in many occasions.

Notice it is a fact EQUIFAX is an elaborate mechanism that has been developed for investigating and evaluating the credit worthiness, credit standing, credit capacity, character, and general reputation of consumers under 15 U.S. Code § 1681 - Congressional findings and statement of purpose. Under 15 U.S. Code § 1681(3) EQUIFAX has assumed a vital role in assembling and evaluating consumer credit and other information on consumers. Under 15 U.S. Code § 1681(4) there is a need to insure that consumer reporting agencies exercise their GRAVE responsibilities with FAIRNESS, IMPARTIALITY, and a RESPECT for the consumer's RIGHT to PRIVACY.

Notice it is a fact EQUIFAX is in federal violation agaisnt I the consumer and original creditor under 15 USC 1681b(a)2 for I infact did not provide EQUIFAX with written instructions to furnish a report on behalf of the Original Creditor and they have not been able to provide such evidence.

Notice it is a fact EQUIFAX is in federal violation under 15 USC 1681e(a) for furnishing a consumer report without written instructions of the consumer and original creditor as required under 15 USC 1681b.

Notice it is a fact EQUIFAX in federal violation under 15 USC 1681e(b) for it is the GRAVE duty of Transunion to report with 100% accuracy. EQUIFAX is in fact not reporting with 100% accuracy in regards to federal law because EQUIFAX is in fact reporting false and misleading information violationg 15 USC 1681b - 15 USC 1681e(a)

Notice it is a fact EQUIFAX is in federal violation under 15 USC 1681a(2)(b) Definitions; rules of construction (2)Exclusions.—Except as provided in paragraph (3), the term "consumer report" does not include—(i)report containing information solely as to transactions or experiences between the consumer and the person making the report. EQUIFAX is in fact including transactional information on my consumer report.

Notice it is a fact EQUIFAX is in federal violation under 15 USC 1681i and 15 U.S. Code § 1681e (b)- Compliance procedures-Accuracy of report--Whenever a consumer reporting agency prepares a consumer report it shall follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates. It is a fact, EQUIFAX is reporting inaccurate information on my report causing harm and deformation of character to my reputation.

Notice it is a fact EQUIFAX is in federal violation under 15 USC 1681i for reporting false

and misleading information in connection to prior violation presented above.

Notice it is a fact EQUIFAX is in federal violation under 15 USC 1602(p) for unauthorized use of my information, I did not CONSENT to reporting of my information against my federal right to privacy.

Notice it is a fact EQUIFAX is in federal violation under 12 CFR § 1026.12 (1)(i) Special credit card provisions. (i) Definition of unauthorized use. For purposes of this section, the term "unauthorized use" means the use of a credit card by a person, other than the cardholder, who does not have actual, implied, or apparent authority for such use, and from which the cardholder receives no benefit. EQUIFAX has used my credit card(social#) to furnish a report without my authorization.

Notice it is a fact EQUIFAX is in federal violation under 15 U.S. Code § 6801(a) I, the affiant, has the right to privacy and the right to know where and how to direct the disclosure of my nonpublic information. EQUIFAX has obtained my information and has furnished a report on behalf of I the original creditor

Notice it is a fact EQUIFAX is in violation under 15 U.S.Code § 1644(a) - Fraudulent authorized use of a credit card such as a license plate, social security card, EBT card, can result up to a 10,000 fine. EQUIFAX has aquired my social security without my consent and has used it to furnish a report on behalf of the original creditor without my consent.

Notice it is a fact Affiant has attempted to settle the matter in good faith with EQUIFAX( 3 attempts ) with no success because EQUIFAX has neglegently and willfully ignored me the consumer and original creditor and has caused me to feel ignored, mistreated, discriminated, anxious, depressed, angry, with lack of focus and hunger and lack of energy. These attempts are shown in EXHIBIT A EXHIBIT B EXHIBIT C.

I am demanding EQUIFAX for their willfull acts of illwill to settle the matter in good faith and pay me the consumer for federal violations and actual damages in the total amount and no penny less for $50,000 in true and full amount including actual damages, neglegence and federal violations under 15 USC 1681n and 15 USC 1681o payable by cashiers check to the address listed previously.

Notice it is a fact EQUIFAX as show in EXHIBIT A - EXHIBIT C. EXPERIAN had plenty of

time and opportunity to respond and settle the matter and willingly did not. EQUIFAX is in fact in DEFUALT.

Authorized Representative, Attorney-In-Fact
By order of WILFRED RIVERA JR By Wilfred Jr: Rivera Authorize Representative swear to all information provided herein, I do so under the penalty of perjury that the information I so affirm to be true, correct, accurate to the best of my ability and knowledge, so be it.

EQUIFAX has 10 days after receipt of this notice to respond. If failure to do so will result in defualtment to respond to an affidavit

## JURAT AKNOWLEDGEMENT

On date of 07/05/22 Wilfred Rivera Jr, agent,d/b/a First Middle Last came before me today present as a flesh and blood living being(non entity/non debtor) under oath to the most high of creation only and provided the facts listed herein.

Sworn to or affirmed by and subscribed before me on the 5th day of July of the year 2022

ASTRID P. TAVERAS-INOA
NOTARY PUBLIC
My Commission Expires Oct. 31, 2026