From
Wilfred J. Kiura
P.o box 260222
Hartford CT
06126

U.S. POSTAGE PAID
FCM LG ENV
HARTFORD, CT
06106
JUL 29, 22
AMOUNT
$2.16
R2303S101561-22

To Clerks Office
450 Main Street
Hartford CT
06106