**RIVERA v EQUIFAX   22 cv 00972**                           09/25/24

## NOTICE OF MOTION FOR SUMMERY JUDGEMENT DUE TO DEFENDANT WILLFULL FAILURE TO RESPOND TIMELY

SEP 25 2024 PM3:27
FILED-USDC-CT-HARTFORD

May the court recognize that defendant EQUIFAX was served by a Connecticut State Marshall on case 22 cv 00972 where the court granted to proceed in forma pauperis in the month of June. Notice it as fact a Marshall has 35 days to serve defendant and defendant later has 21 days to respond accordingly. Notice it is fact as of today 09/25/24 it has been well passed the 35 day time frame and 21 day time frame for defendant to respond to my claims there for has defaulted in fact.

I respectfully requests that the court and its honorable judge -

1. Grant Summary Judgment in favor of the Plaintiff for the Defendant's failure to respond
2. Award Plaintiff any applicable damages and costs, including any relief sought for in the Complaint
3. Grant such other and further relief as the Court deems appropriate.

Done in good faith.