## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILFRED RIVERA JR., | Case No. 3:22-cv-00972-MPS |
| Plaintiff, | **STATUS REPORT** |
| v. | |
| EQUIFAX, | |
| Defendant. | |

Pursuant to the Court's Scheduling Order dated March 12, 2026 (ECF No. 67), *Pro Se* Plaintiff Wilfred Rivera Jr. ("Plaintiff")[1] and Equifax Information Services LLC, incorrectly identified as Equifax, ("Equifax") hereby submit the following Joint Status Report:

**(a) The status of the case, describing the status of discovery and identifying any pending motions and any circumstances potentially interfering with the parties' compliance with the Scheduling Order:**

## STATUS OF DISCOVERY:

**Plaintiff:**

**Equifax:**      On April 21, 2026, Equifax served its First Requests for Production of Documents, First Set of Interrogatories, and First Requests for Admissions upon Plaintiff via electronic mail and United States Mail.  Plaintiff's responses to Equifax's discovery were due to be served upon Equifax on May 21, 2026.  To date, Equifax has not received any response from Plaintiff to its discovery requests.

---

[1] Equifax prepared and provided a copy of this report to Mr. Rivera on Monday, June 8, 2026. It followed up with Mr. Rivera on Wednesday, June 10, 2026. To date, Mr. Rivera has not responded or provided any input regarding this report.

**PENDING MOTIONS:**

On March 5, 2026, Equifax filed a Motion for Judgment on the Pleadings.  (ECF No. 62).

Plaintiff responded to Equifax's Motion on March 11, 2026.  (ECF No. 65).  Equifax filed its

Reply Brief in support of its motion on March 20, 2026.  (ECF No. 70).

On May 14, 2026, Plaintiff filed his second Motion to Stay Discovery.  (ECF No. 71)[2].

Equifax is unopposed to Plaintiff's Motion.

**(b) Interest in referral for settlement purposes to a United States Magistrate Judge or to the District's special masters program:**

**Plaintiff's Position:**

**Equifax's Position:**   Equifax is not interested at this time in referral for settlement

purposes to a United States Magistrate Judge or to the District's special master's program.

**(c) Whether the parties will consent to a trial before a United States Magistrate Judge:**

**Plaintiff's Position:**

**Equifax's Position:**   Equifax does not consent to trial before a United States Judge.

**(d) Length of Trial:**

**Plaintiff's Position:**

**Equifax's Position:**   Plaintiff has requested a jury trial. Equifax anticipates a 2-4 day trial.

---

[2] Plaintiff's first Motion to Stay was filed on January 22, 2026 (ECF No. 47) and denied on January 29, 2026 (ECF No. 48).

326419331v.1

Respectfully submitted,

SEYFARTH SHAW LLP


By:  */s/ Eric F. Barton*

Eric F. Barton, **Admitted Pro Hac Vice*
ebarton@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia  30309-3958
Telephone:  (404) 885-1500
Facsimile:  (404) 892-7056

*Counsel for Defendant*
*Equifax Information Services LLC*

3

326419331v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 11, 2026, I presented the foregoing STATUS REPORT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.   A copy has also been sent via U.S. Mail to the following:

WILFRED RIVERA JR
PO BOX 260222
HARTFORD CT 06126-0222

*/s/ Eric F. Barton*
Eric F. Barton
*Counsel for Defendant*
*Equifax Information Services LLC*

326419331v.1