## UNITED STATES DISTRICT COURT OF CONNECTICUT

**WILFRED RIVERA JR**

JUN 15 2026 AM 9:12
FILED-USDC-CT-HARTFORD
06/12/26

**Plaintiff**

**CASE NO. 3:22-cv-00972-MPS**

**EQUIFAX**

**Defendant.**

## PLAINTIFF'S NOTICE REGARDING PROCEDURAL POSTURE AND CLARIFICATION OF RECORD.

Plaintiff upon it being 7 days since his Motion being unopposed and contacting the Clerk for filing updates has become aware that Defendant on 06/11/26 filed a joint status report. Before anything first of all Plaintiff respectfully wishes to clarify that any failure to participate in the subsequent status report process was neither intentional nor undertaken in disregard of this Court's authority. In light of Plaintiff's pending Motion to Stay Discovery, Defendant's non-opposition to that relief, and Plaintiff's understanding that the necessity and propriety of further Discovery related obligations had been placed before the Court for determination, Plaintiff reasonably but mistakenly apparently believed that previously set Discovery deadlines and related reporting obligations would be held in abeyance pending the Court's further guidance.

Plaintiff did not intentionally refuse to comply with any order of the Honorable Magistrate Judge with all due respect given at all times. Rather, Plaintiff acted under the good-faith assumption that, once Discovery itself was no longer contested and a Stay remained pending, the Equitable course was to await clarification from the Court before expending additional resources on Discovery matters that Plaintiff had consistently maintained were unnecessary and severely prejudicial given also the $150,000 liability already established on the record and Defendants ongoing conduct expressed in Plaintiff Motion. Plaintiff being a honorable man indeed will not rely on bad faith tactics and blame the opposing party for any deadlines he may have missed unintentionally and with the utmost highest sincerity most respectfully apologizes for any misunderstanding and submits that Equity looks to substance rather than form, particularly where there has been no willful disobedience, no prejudice to the opposing party, and most certainly no intent to undermine the Court's authority .

Plaintiff respectfully submits this Notice to assist the Court in advance of any upcoming deadlines pre-ordered and to ensure that the record accurately reflects the present posture of this matter. Plaintiff's Motion to Stay Discovery remains uncontested and pending before the Court. Defendant was afforded the opportunity to demonstrate under the FRCP that Discovery was truly pursued in good faith and not for the reasons stated in Plaintiff's Motion To Stay, was in fact proportionate, and actually necessary to seek genuine counter material facts, despite the inaccurate information which gave rise to this action in the first place being and remaining deleted which is admission of inaccuracy. In the absence of such a showing, "Equity counsels against imposing the burdens of expansive full merits Discovery unsupported by the record.

1

To further address Defendants filing, Plaintiff further notes that Defendant has since represented on its own position that it in fact does not oppose the requested Stay, thereby eliminating any adversarial dispute concerning the requested relief. May the Honorable Court recognize that where the necessity of Discovery has not been supported before the Court, Equity does not require idle procedural steps that do not materially advance resolution of the issues before it. Plaintiff also makes this filing to notify the Court that Defendant in the Joint Status Report stated that Plaintiff requested a jury trial. Plaintiff is unaware of any such request appearing on the record and respectfully submits that this representation does not accurately reflect Plaintiff's position in any manner. Because the Court necessarily relies upon the parties' representations in managing these proceedings, Plaintiff respectfully requests that the record be clarified to ensure that any future scheduling if any occur and case management decisions are based upon accurate information and not based on untrue mischaracterizations.

Plaintiff takes this opportunity to notify Defendant to please refrain and cease from making such mischaracterizations and to ensure all future filings accurately reflect Plaintiff's stated positions as reflected on the record consistent with the obligations of good-faith representations under the Federal Rules of Civil Procedure. Continued mischaracterization of Plaintiff's positions is highly inappropriate and can severely jeopardize the integrity of the proceedings and cause enormous case management burdens on the Court that may necessitate appropriate corrective relief to preserve the accuracy and integrity of the Court and its record. Thank you kindly.

Despite all, Plaintiff genuinely attempted to resolve this matter, fairly, in good faith, for the sole purpose of preserving not only Plaintiff's and even counsel's precious time and resources, but, most importantly, those of the Honorable Court. Despite those efforts, Defendant elected to proceed in its conduct. Plaintiff thus strongly agrees with Defendant that **settlement is no longer possible**.

## CONCLUSION

Equity places importance upon candor, fairness and the faithful and the honest representation of facts. The integrity of judicial proceedings depends not only upon fair outcomes, but upon the accuracy of the record upon which the Court acts. Plaintiff therefore respectfully requests that the Court take notice of the foregoing clarifications and provide any guidance it deems appropriate concerning the status of the pending Motion to Stay and the accurate reflection of the parties' respective positions moving forward. Plaintiff also respectfully requests that the Court reconsider its prior ruling denying Plaintiff Motion For Summary Judgment in light of the current procedural posture and for the sake of resolving this matter on substance rather than form. In the interest of judicial economy and efficient case management, Plaintiff submits that the existing record may now permit resolution of the dispositive issues without further duplication of motion practice, but most respectfully notifies the Court that Plaintiff is prepared to refile a renewed motion in good faith if the Court deems that procedurally preferable. Thank you kindly.

Filed In Good Faith                                          "Fiat iustitia raut caelcum"

By clerk instructions I certified that a copy of this filing was sent to Defendent on 6/15/26

Thank you most Kindly

Pg 3