**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| WILFRED RIVERA JR., | Civil Action No. 3:22-cv-00972-MPS |
| Plaintiff, | |
| v. | |
| EQUIFAX, | |
| Defendant. | |

### NOTICE OF *PRO HAC VICE* APPEARANCE OF ERIC F. BARTON

To: The Clerk of the Court and All Parties of Record.

Kindly enter the appearance of Eric F. Barton on behalf of the Defendant, Equifax Information Services LLC, incorrectly identified as Equifax, in connection with the above-captioned action. Mr. Barton was admitted to practice *pro hac vice* in this matter on February 13, 2026.

DATED: June 15, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:  /s/ Eric F. Barton
　　　Eric F. Barton, *Admitted Pro Hac Vice*
　　　ebarton@seyfarth.com
　　　SEYFARTH SHAW LLP
　　　1075 Peachtree Street, N.E.
　　　Suite 2500
　　　Atlanta, Georgia  30309-3958
　　　Telephone:  (404) 885-1500
　　　Facsimile:  (404) 892-7056

　　　*Counsel for Defendant*
　　　*Equifax Information Services LLC*

326579561v.1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 15, 2026, I presented the foregoing NOTICE OF *PRO HAC VICE* APPEARANCE OF ERIC F. BARTON with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.   A copy has also been sent via U.S. Mail to the following:

> WILFRED RIVERA JR
> PO BOX 260222
> HARTFORD CT 06126-0222

*/s/ Eric F. Barton*
Eric F. Barton
*Counsel for Defendant*
*Equifax Information Services LLC*

326579561v.1